UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR03-549-TSZ |
| Plaintiff, | ) | |
| v. | ) | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| PAPATAIA FESILI, JR. | ) | |
| Defendant. | ) | |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on October 16, 2009. The United States was represented by AUSA Patricia C. Lally and the defendant by Richard J. Troberman. The proceedings were digitally recorded.

Defendant had been sentenced on or about September 1, 2004 by the Honorable Thomas S. Zilly on a charge of Manufacture of Methamphetamine, and sentenced to 71 months custody, 5 years supervised release. (Dkt. 42.)

The conditions of supervised release included the standard conditions plus the requirements that defendant be prohibited from possessing a firearm, submit to drug testing, participate in a drug treatment program, submit to search and provide access to financial

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

information.

On August 27, 2009, the defendant was sentenced to thirty days in custody for violating the conditions of supervised release by using methamphetamine and cocaine, failing to participate in drug treatment and failing to submit to drug testing. (Dkt. 56.)

In an application dated October 13, 2009 (Dkt. 58, 59), U.S. Probation Officer Joe G. Mendez alleged the following violations of the conditions of supervised release:

1. Using methamphetamine on or before 10/4/2009 in violation of standard condition #7.

2. Failing to reside at the Pioneer Fellowship House Residential Reentry Center for up to 120 days by being terminated on or about October 13, 2009, in violation of a special condition.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the alleged violations and waived any evidentiary hearing as to whether they occurred. (Dkt. 62.)

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Zilly.

Pending a final determination by the Court, defendant has been detained.

DATED this 16th day of October, 2009.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

cc: District Judge: Honorable Thomas S. Zilly
AUSA: Patricia C. Lally
Defendant's attorney: Richard J. Troberman
Probation officer: Joe G. Mendez

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3