UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR03-0549-TSZ |
| Plaintiff, | ) ) | |
| v. | ) ) | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO |
| PAPATAIA FESILI, JR. | ) ) | ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| Defendant. | ) ) | |

A hearing on supervised release revocation in this case was scheduled before me on February 2, 2010. The United States was represented by AUSA Patricia C. Lally and the defendant by Richard J. Troberman. The proceedings were digitally recorded.

Defendant had been sentenced on or about September 1, 2004 by the Honorable Thomas S. Zilly on a charge of Manufacture of Methamphetamine, and sentenced to 71 months custody, 5 years supervised release. (Dkt. 42 )

The conditions of supervised release included the standard conditions plus the requirements that defendant be prohibited from possessing a firearm, submit to mandatory drug testing, participate in a drug dependency program, abstain from alcohol, and provide his

probation officer with financial information upon request.

In June 2009, defendant's probation officer reported that defendant had tested positive for methamphetamine. He was reprimanded, referred for professional assessment, and testing frequency was increased. (Dkt. 44.) On August 27, 2009, defendant admitted violating the conditions of supervised release by using methamphetamine and cocaine, failing to participate in drug treatment and failing to participate in drug testing. He was sentenced to 30 days in custody, followed by supervised release of 4 years. (Dkt. 56.)

On October 16, 2009, defendant admitted violating the conditions of supervision by using methamphetamine and failing to reside in a residential reentry program for up to 120 days. (Dkt. 63.) A sentence of 30 days was imposed, followed by supervised release of 4 years. (Dkt. 67.)

In an application dated December 7, 2009 (Dkt. 68-69), U.S. Probation Officer Joe G. Mendez alleged the following violations of the conditions of supervised release:

1.  Failing to comply with the location monitoring program since December 5, 2009, in violation of the special condition requiring he participate in the location monitoring program with electronic monitoring for a period of 120 days.

2.  Using Methamphetamine on or before 11/25/09, in violation of standard condition #7.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the alleged violations and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be

set before Judge Zilly.

Pending a final determination by the Court, defendant has been detained.

DATED this 2nd day of February, 2010.

                                                              Mary Alice Theiler
                                                              United States Magistrate Judge

cc:     District Judge:             Honorable Thomas S. Zilly
        AUSA:                      Patricia C. Lally
        Defendant's attorney:     Richard J. Troberman
        Probation officer:        Joe G. Mendez

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3